JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAVID EDUARDO MEJIA MARTINEZ,
Petitioner,
v.

FACILITY ADMINISTRATION GEO GROUP INC., et al.,
Respondents.

Case No. 5:26-cv-02778-SRM-AS

**JUDGMENT**

**A-Number: 246-059-823**

Pursuant to the Order Rejecting in Part the Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that:

1. Petitioner David Eduardo Mejia Martinez's Petition for a Writ of Habeas Corpus [1] is **GRANTED**.
2. Respondents shall immediately release Petitioner David Eduardo Mejia Martinez (**A-Number: 246-059-823**) with all personal effects seized from Petitioner, including all identification documents and immigration documentation. Respondents shall not impose any release restrictions (e.g., electronic monitoring) on Petitioner that were not in place prior to Petitioner's arrest or

detention in this case unless deemed necessary at a future pre-deprivation bond hearing from custody;

3. Respondents are **ENJOINED** from revoking Petitioner's release without adequate notice and a prompt bond hearing where the Department of Homeland Security has the burden to prove danger or flight risk by clear and convincing evidence.
4. Respondents are to file a status report within three (3) calendar days from the date of this order confirming Petitioner's release and compliance with this order.

Dated: September 8, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE